UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               HONORABLE PAUL L. MALONEY

v.                                       Case No. 1:02-cr-182

JERRY WEATHERS,

        Defendant.

_____/

## **ORDER**

This matter is before the Court on the defendant's pro se motion for the United States Marshal to place defendant in a Bureau of Prisons facility or in the alternative for release from the Kalamazoo County Jail so he may enter an in-patient mental health treatment center (Dkt. #94). According to the records of the United States Marshal for this district, the defendant was transferred from the Kalamazoo County Jail to the Newaygo County Jail on September 7, 2010. He then left the Western District of Michigan on September 8, 2010, and is currently housed at the Federal Correctional Institution (FCI) Gilmer. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's pro se motion for the United States Marshal to place defendant in a Bureau of Prisons facility or in the alternative for release from the Kalamazoo County Jail (Dkt. #94) is **DENIED as moot**.


Date: September 27, 2010                         /s/ Paul L. Maloney       
                                                 Paul L. Maloney
                                                 Chief United States District Judge